UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  V.<br><br>GIBER LOPEZ CISNEROS,<br>also known as "Amigo,"<br><br>   Defendant. | Criminal No. 06-4 (1) (RHK/JSM)<br><br>**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND TO EXCLUDE DELAY PURSUANT TO 18 U.S.C. § 3161** |

---

The United States' Motion to Continue Trial Date is **GRANTED** until June 1, 2006, and all delay attributable to this continuance is excluded for Speedy Trial Act purposes.

A continuance and exclusion of delay is appropriate under 18 U.S.C. § 3161(h)(8). The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public in a speedy trial.

Dated: April 20, 2006

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge